IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS

| | | |
|---|---|---|
| STANDARD INNOVATION CORP., | § § § § § | |
| *Plaintiff,* | § | Civil Action No. 4:11-CV-4172(SL) |
| v. | § § | **Jury Trial Demanded** |
| LELOI AB *et al.*, | § § | |
| *Defendants.* | § | |

**JOINT STATUS REPORT**

Pursuant to the Court's Order dated January 23, 2012 (Dkt. #16) staying this matter, the plaintiff Standard Innovation Corp. and defendants Leloi AB and LELO, Inc. ("LELO") hereby submit this joint report on the status of the related ITC Investigation No. 337-823 (the "ITC Investigation") which was the basis for the stay of this suit.

The ITC Investigation remains active and ongoing. A copy of Order No. 3, Setting Procedural Schedule (the current scheduling order for the ITC Investigation) is attached as Exhibit A. At this time, the parties are involved in the discovery phase of the investigation. The exchange of initial expert reports is set to occur on May 7, 2012, with trial set for August 20-24, 2012 and the target date for completion of the Investigation is May 10, 2013.

On April 3, 2012, LELO and Standard Innovation Corp., as well as the other respondents in the ITC Investigation, engaged in a full-day mediation as part of the

Section 337[1] Mediation Program. While several respondents in the ITC Investigation reached tentative agreements in principle, LELO and Standard Innovation Corp. have not reached any agreements to date.

The parties plan to file a status report on August 2, 2012.

Respectfully submitted,

Date: May 4, 2012

/s/Alan D. Rosenthal
Alan D. Rosenthal
  *Attorney-in-Charge*
Texas Bar No. 17280700
SDTX ID No. 1433

OF COUNSEL:

**OSHA LIANG LLP**
Brian Kent Wunder
  Texas Bar No. 22086700
  SDTX ID No. 6252
Louis Bonham
  Texas Bar No. 02597700
  SDTX ID No. 8300
Robert P. Lord
  Texas Bar No. 00791136
  SDTX ID No. 29279
909 Fannin Street, Suite 3500
Houston, TX  77010
Phone:    (713) 228-8600
Fax:       (713) 228-8778

Two Houston Center, Suite 3500
909 Fannin Street
Houston, TX  77010
Phone:    (713) 228-8600
Fax:       (713) 228-8778

*Counsel for Plaintiff,*
*Standard Innovation Corporation*

---

[1] Referring to actions brought in the ITC under Section 337 of the Tariff Act of 1930 (19 U.S.C. § 1337).

Date:  May 4, 2012               /s/John Kinchen
                                           John Kinchen
                                              *Attorney-in-Charge*
                                              Texas Bar No. 00791027
                                              SDTX ID No. 18184
                                        Hughes Arrell Kinchen LLP
                                        Norfolk Tower
                                        2211 Norfolk St., Suite 1110
                                        Houston, Texas  77098
                                        Tel:  (713) 403-2064
                                        Fax: (713) 583-8877

                                        *Counsel for Defendants,*
                                        *Leloi AB and LELO, Inc., et al.*

## CERTIFICATE OF SERVICE

    I certify that on May 4, 2012, the foregoing document was served on all counsel of record by filing the document with the Clerk of the Court using the CM/ECF system, which provides electronic notification to all counsel of record in this case.

                                                              /s/ Alan D. Rosenthal