## IN THE UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF TEXAS

| | | |
|---|---|---|
| STANDARD INNOVATION CORP., | § | |
| | § | |
| | § | |
| *Plaintiff,* | § | |
| | § | Civil Action No. 4:11-CV-4172(SL) |
| v. | § | |
| | § | **Jury Trial Demanded** |
| LELOI  AB *et al.*, | § | |
| | § | |
| *Defendants.* | § | |

## JOINT STATUS REPORT

Pursuant to the Court's Order dated January 23, 2012 (Dkt. #16) staying this matter, the plaintiff Standard Innovation Corp. ("Standard Innovation") and defendants Leloi AB *et al.* (collectively referred to as "LELO") hereby submit this joint report on the status of the related ITC Investigation No. 337-823 (the "ITC Investigation") which was the basis for the stay of this suit.

The ITC Investigation remains active and ongoing.  At this time, the parties are preparing for trial which should start this month.  A pretrial conference has been scheduled for August 21, 2012.  The trial is scheduled to start immediately after the pretrial conference and continue through August 24, 2012.   The target date for completion of the ITC Investigation is May 10, 2013.

On June 26, 2012, Standard Innovation and LELO, as well as the other respondents in the ITC Investigation, engaged in a third settlement conference.

Standard Innovation has been able to reach agreements with most of the respondents in the ITC Investigation.  However, Standard Innovation and LELO have been unable to reach an agreement and will be proceeding to trial later this month in the ITC Investigation.

Respectfully submitted,

Date:  August 2, 2012

/s/Alan D. Rosenthal_____
Alan D. Rosenthal
  *Attorney-in-Charge*
  Texas Bar No. 17280700
  SDTX ID No. 1433

OF COUNSEL:

**OSHA LIANG LLP**
Brian Kent Wunder
  Texas Bar No. 22086700
  SDTX ID No. 6252
Louis Bonham
  Texas Bar No. 02597700
  SDTX ID No. 8300
Robert P. Lord
  Texas Bar No. 00791136
  SDTX ID No. 29279
909 Fannin Street, Suite 3500
Houston, TX  77010
Phone:        (713) 228-8600
Fax:           (713) 228-8778

Two Houston Center, Suite 3500
909 Fannin Street
Houston, TX  77010
Phone:        (713) 228-8600
Fax:           (713) 228-8778

*Counsel for Plaintiff,*
*Standard Innovation Corporation*

Date:  August 2, 2012              /s/John Kinchen_____
                                   John Kinchen
                                      *Attorney-in-Charge*
                                      Texas Bar No. 00791027
                                      SDTX ID No. 18184
                                   Hughes Arrell Kinchen LLP
                                   Norfolk Tower
                                   2211 Norfolk St., Suite 1110
                                   Houston, Texas  77098
                                   Tel:  (713) 403-2064
                                   Fax: (713) 583-8877

                                   *Counsel for Defendants,*
                                   *Leloi AB et al.*

## **CERTIFICATE OF SERVICE**

        I certify that on August 2, 2012, the foregoing document was served on all counsel of record by filing the document with the Clerk of the Court using the CM/ECF system, which provides electronic notification to all counsel of record in this case.


                                   /s/ Alan D. Rosenthal_____