# IN THE UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF TEXAS

| | | |
|---|---|---|
| STANDARD INNOVATION CORP., | § § § § § § § § § § § | |
| *Plaintiff,* | | |
| | | Civil Action No. 4:11-CV-4172(SL) |
| v. | | |
| | | **Jury Trial Demanded** |
| LELOI AB *et al.*, | | |
| *Defendants.* | | |

## JOINT STATUS REPORT

Pursuant to the Court's Order dated January 23, 2012 (Dkt. #16) staying this matter, the plaintiff Standard Innovation Corp. and defendants Leloi AB and LELO, Inc. ("LELO") hereby submit this joint report on the status of the related ITC Investigation No. 337-823 (the "ITC Investigation") which was the basis for the stay of this suit.

A four day ITC investigation hearing was held August 21, 2012 through August 24, 2012, involving LELO and the remaining Respondents. The preliminary resulting decision is due on or before January 10, 2013. The target date for completion of the investigation is May 10, 2013.

                    Respectfully submitted,

Date:  November 29, 2012      /s/Alan D. Rosenthal
                    Alan D. Rosenthal
                      *Attorney-in-Charge*

OF COUNSEL:               Texas Bar No. 17280700
                    SDTX ID No. 1433

**OSHA LIANG LLP**        Two Houston Center, Suite 3500
Brian Kent Wunder         909 Fannin Street
   Texas Bar No. 22086700   Houston, TX  77010
   SDTX ID No. 6252        Phone:   (713) 228-8600
Louis Bonham              Fax:      (713) 228-8778
   Texas Bar No. 02597700
   SDTX ID No. 8300        *Counsel for Plaintiff,*
Robert P. Lord              *Standard Innovation Corporation*
   Texas Bar No. 00791136
   SDTX ID No. 29279
909 Fannin Street, Suite 3500
Houston, TX  77010
Phone:   (713) 228-8600
Fax:      (713) 228-8778

Date:  November 29, 2012        /s/John Kinchen
                                            John Kinchen
                                               *Attorney-in-Charge*
                                               Texas Bar No. 00791027
                                               SDTX ID No. 18184
                                           Hughes Arrell Kinchen LLP
                                           Norfolk Tower
                                           2211 Norfolk St., Suite 1110
                                           Houston, Texas  77098
                                           Tel:  (713) 403-2064
                                           Fax: (713) 583-8877

                                           *Counsel for Defendants,*
                                           *Leloi AB and LELO, Inc., et al.*

## CERTIFICATE OF SERVICE

     I certify that on November 29, 2012, the foregoing document was served on all counsel of record by filing the document with the Clerk of the Court using the CM/ECF system, which provides electronic notification to all counsel of record in this case.

                                                                  /s/ Alan D. Rosenthal