# IN THE UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF TEXAS

| | |
|---|---|
| STANDARD INNOVATION CORP., § § § | |
| *Plaintiff,* § § | Civil Action No. 4:11-CV-4172(SL) |
| v. § § | **Jury Trial Demanded** |
| LELOI AB *et al.*, § § | |
| *Defendants.* § | |

## NOTICE OF WITHDRAWAL OF COUNSEL

Please take notice that Brian Kent Wunder has left the firm of Osha Liang LLP, and therefore his appearance in this matter as one of the attorneys representing the plaintiff, Standard Innovation Corp., is withdrawn.

Mr. Wunder's withdrawal as counsel for the plaintiff will not prejudice any party as the firm Osha Liang LLP and attorney-in charge Alan Rosenthal will continue to represent the plaintiff in this matter.

                              Respectfully submitted,

Date:  December 10, 2012      /s/Alan D. Rosenthal
                              Alan D. Rosenthal
                              *Attorney-in-Charge*

OF COUNSEL:                  Texas Bar No. 17280700
                              SDTX ID No. 1433

**OSHA LIANG LLP**          Two Houston Center, Suite 3500
Brian Kent Wunder          909 Fannin Street
   Texas Bar No. 22086700   Houston, TX  77010
   SDTX ID No. 6252        Phone:        (713) 228-8600
Louis Bonham              Fax:            (713) 228-8778
   Texas Bar No. 02597700
   SDTX ID No. 8300        *Counsel for Plaintiff,*
Robert P. Lord             *Standard Innovation Corporation*
   Texas Bar No. 00791136
   SDTX ID No. 29279
909 Fannin Street, Suite 3500
Houston, TX  77010
   Phone:       (713) 228-8600
   Fax:            (713) 228-8778

## CERTIFICATE OF SERVICE

     I certify that on December 10, 2012, the foregoing document was served on all counsel of record by filing the document with the Clerk of the Court using the CM/ECF system, which provides electronic notification to all counsel of record in this case.

                                                /s/ Alan D. Rosenthal